UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMESITE INSURANCE COMPANY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NEWPORT GROUP HOLDINGS, L.P., et al.,<br><br>    Defendants. | Case No.  25-cv-02626-AGT<br><br>**ORDER FOR FURTHER BRIEFING**<br>Re: Dkt. No. 68 |

The parties dispute whether plaintiffs Homesite Insurance Company, Argonaut Insurance Company, and Ironshore Indemnity Inc. (collectively, the Insurers) must produce group communications. Dkt. 68. The communications at issue include the Insurers and their respective counsel and took place between December 3, 3024, and February 3, 2025. *Id.* at 3 & 4. It appears, however, that some of the communications also included non-parties CNA and AXA XL, the primary insurer and first excess insurer (respectively) of the defendants. *See id.* at 3, 4 & 6. Given this, the Court requires further briefing:

For each communication that the Insurers assert is privileged under the common interest doctrine, the Insurers must provide a privilege log that complies with the Court's Standing Order. *See* AGT Civil Standing Order § VII.D (requiring privilege logs to include the identity and position of a document's author, all addressees, and all recipients).

The Insurers shall respond to this order by **April 17, 2026**. Defendants Newport

Group Holdings, L.P. and Newport Group, Inc. may file a response by **April 24, 2026**.

     **IT IS SO ORDERED.**

Dated: April 2, 2026

Alex G. Tse
United States Magistrate Judge