UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMESITE INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEWPORT GROUP HOLDINGS, L.P., et al., <br><br> Defendants. | Case No.  25-cv-02626-AGT <br><br> **ORDER FOR SUPPLEMENTAL BRIEFING** |

In light of the argument today on the pending motions for summary judgment, dkt. 93, and partial summary judgment, dkt. 59, the Court now orders supplemental briefing. By July 24, 2026, the parties are ordered to respond in no more than five pages to the following:

The Primary Policy defines Wrongful Act as "any actual or alleged error, misstatement, misleading statement, act, omission, neglect, or breach of duty committed, attempted, or allegedly committed or attempted by an Insured . . . ." *E.g.*, dkt. 93 at 13. And defines Interrelated Wrongful Acts as "any Wrongful Acts that are causally connected by reason of any common fact, circumstance, situation, transaction, or event or series of common facts, circumstances, situations, transactions, or events." *Id.*

Given the above, do Interrelated Wrongful Acts need to be supported by actual common facts, or are allegations sufficient? In addition to any legal authority, the parties must

be certain to include citations to the record on summary judgment.

**IT IS SO ORDERED.**

Dated: July 10, 2026

Alex G. Tse
United States Magistrate Judge