UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMESITE INSURANCE COMPANY, et al.,<br>Plaintiffs,<br>v.<br>NEWPORT GROUP HOLDINGS, L.P., et al.,<br>Defendants. | Case No. 25-cv-02626-AGT<br><br>**JUDGMENT** |

Consistent with the Court's order granting summary judgment for plaintiffs Homesite Insurance Company, Argonaut Insurance Company, and Ironshore Indemnity Inc., and denying partial summary judgment to defendants Newport Group Holdings, L.P. and Newport Group, Inc., the Court enters judgment for plaintiffs and against defendants.

**IT IS SO ORDERED.**

Dated: August 20, 2026

Alex G. Tse
United States Magistrate Judge