UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOMESITE INSURANCE COMPANY, et al.,

Plaintiffs,

v.

NEWPORT GROUP HOLDINGS, L.P., et al.,

Defendants.

Case No. 25-cv-02626-AGT

**ORDER ON SEALING**

Re: Dkt. Nos. 115, 116, 117, 118

The Court previously granted summary judgment and entered judgment for Homesite Insurance Company, Argonaut Insurance Company, and Ironshore Indemnity Inc. (collectively, the Insurers). Dkts. 113 & 114.

In connection with the summary judgment ruling, the Court ordered defendants and counter-claimants Newport Group Holdings, L.P. and Newport Group, Inc. (together, Newport) to address the justification for sealing dkts. 92-10 and 92-11. *See* dkt. 113 at 10. Newport has since done so. Dkt. 115. The Court finds that Newport has shown compelling reasons and the requests to seal dkts. 92-10 and 92-11 are granted.[1]

[1] In connection with dkt. 92, the Court ordered Newport to refile a redacted version of dkt. 92-4 on the Court's public docket. Dkt. 113 at 10. Newport has since refiled as ordered, with appropriate redactions. Dkt. 115-1. The Court also denied the Insurers' requests to seal dkts. 92-7 and 92-8. Dkt. 113 at 10. The Insurers refiled those documents on the public docket as ordered. Dkt. 116.

The Court further ordered Homesite Insurance Company and Ironshore Indemnity Inc. to file statements in support of sealing materials referenced in dkt. 98. *See* dkt. 113 at 11.

Homesite Insurance Company (a designating party) now does not oppose the public filing of dkt. 98-3. *See* dkt. 117. Similarly, Ironshore Indemnity Inc. (another designating party) does not oppose the public filing of dkt. 98-2. *See* dkt. 118.

As such, absent compelling reasons to seal, Newport's requests to seal dkts. 98-2 and 98-3 are denied. Newport (the filing party) is ordered to refile dkts. 98-2 and 98-3 on the Court's public docket within ten days of the filing date of this order.[2]

**IT IS SO ORDERED.**

Dated: September 11, 2026



Alex G. Tse
United States Magistrate Judge

[2] As ordered in dkt. 113, the Insurers additionally refiled dkts. 99-4 and 99-5 on the Court's public docket. Dkt. 116.